IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | LKG-24-329 |
| MACK LEE CLECKLEY, III | * | |
| Defendant | * | |

**MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS**

Defendant Mack Lee Cleckley, III, by and through his attorney, John M. McKenna, and Brennan, McKenna & Lawlor, Chtd., respectfully requests that this Honorable Court extend the deadline for the filing of pretrial motions through August 21, 2025. In support of this Motion, counsel states the following.

1. On November 14, 2024, the Government filed an Indictment charging Mr. Cleckley with several offenses arising out of the April 30, 2024 execution of a state arrest warrant. On August 11, 2025, the Court issued an Order tolling time under the Speedy Trial Act through September 9, 2025. (ECF No. 30.) Mr. Cleckley intends to file pretrial motions in this matter, including an omnibus motion to suppress. Mr. Cleckley previously requested an extension of the deadline for filing pretrial motions through August 19, 2025. At this time, Mr. Cleckley respectfully requests that the Court extend the deadline within which to file pretrial motions through August 21, 2025.

1

2. Counsel is diligently working to prepare pretrial motions and supporting exhibits in this case. A draft of the omnibus motion to suppress is substantially complete. However, counsel requires some additional time to edit the draft, prepare supporting exhibits, and confer with Mr. Cleckley. Moreover, Mr. Cleckley was recently moved to the Worcester County Detention Center, which is located approximately 130 miles from counsel's office in Greenbelt, Maryland. Counsel scheduled a Zoom video visit with Mr. Cleckley for August 18, 2025. Counsel appeared for the meeting, but the jail did not log on. Accordingly, counsel was unable to confer with Mr. Cleckley.

3. As of the filing of this motion, counsel has not heard back from the Government with respect to the requested extension. However, the parties are working on a proposed briefing schedule and no motions hearing has yet been set. Accordingly, Mr. Cleckley submits that granting the requested extension will not delay the proceedings.

4. For these reasons, Mr. Cleckley respectfully requests that this Court extend the deadline by which to file pretrial motions in this matter through August 21, 2025.

Respectfully submitted,

/s/
_____
John M. McKenna
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
jmckenna@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 19, 2025, a copy of the foregoing sent via ECF to all parties.

/s/
_____
John M. McKenna