**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 24-cr-00329-LKG |
| ) | |
| MACK LEE CLECKLEY, III, ) | Dated: August 28, 2025 |
| ) | |
| Defendant. ) | |

**ORDER**

On August 15, 2025, the Defendant filed a motion for extension of time to file pretrial motions, until August 19, 2025. ECF No. 31. On August 19, 2025, the Defendant filed a motion for an extension of time to file pretrial motions, until August 21, 2025. ECF No. 32. On August 20, 2025, the Court entered a Scheduling Order, directing the Defendant to file his pretrial motions on or before August 21, 2025, and for the Government to respond to those motions on or before September 5, 2025. ECF No. 33. On August 21, 2025, the Defendant filed a motion to suppress and a request for a *Frank's* hearing. ECF No. 34.

On August 22, 2025, the Government filed a consent motion for an extension of time, extending the Government's deadlines to respond to the Defendant's motion to suppress and request for a *Frank's* hearing. ECF No. 36. In support of his motion, the Government states that the parties conferred and agreed to the proposed deadlines prior to the Defendant's filing of his motion to suppress. *See id.* And so, in light of the foregoing and for good cause shown, the Court: (1) **GRANTS** the Government's consent motion for an extension of time (ECF No. 36) and (2) **MODIFIES** the August 20, 2025, Pretrial Scheduling Order as follows:

| | |
|---|---|
| The Government's response in opposition to the Defendant's pretrial motions | **September 29, 2025** |
| Defendant's reply brief | **October 20, 2025** |

Lastly, on August 21, 2025, the Defendant filed a motion for leave to file additional pretrial motions. ECF No. 35. But, Defense Counsel neither species the additional motion(s)

that the Defense may seek to file, nor states why good cause exists to modify the scheduling order in this criminal matter.  *See* ECF No. 35.  Given this, the Court **DENIES** the Defendant's motion for leave **WITHOUT PREJUDICE** (ECF No. 35).

    **IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
