**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CRIMINAL NO. LKG-24-329** |
| **MACK LEE CLECKLEY III,** | * | |
| **Defendant** | * | |

*******

**MOTION TO DISMISS**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Maryland hereby dismisses without prejudice the Indictment pending against the Defendant in the above-captioned case.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_________/s/________________
Lanay Mitchell
Special Assistant United States Attorney

Elizabeth Wright
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

______________
Date

______________________________
The Honorable Lydia K. Griggsby
United States District Judge