FILED: August 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4412
(8:24-cr-00329-LKG-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

MACK LEE CLECKLEY, III, a/k/a Mack Lee Cleckley

Defendant - Appellee

---

O R D E R

---

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk